ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS (SBN 80745)
Assistant United States Attorney
Federal Bldg., Room 7211
300 N. Los Angeles St.
Los Angeles, California 90012
Telephone: (213) 894-2740
Facsimile:  (213) 894-0115
E-mail:  Darwin.Thomas@usdoj.gov

MARTIN M. SHOEMAKER
U.S. Dept. of Justice, Tax Division
P.O. Box 7238
Washington, D.C.  20044
(202) 514-6491 phone
(202) 514-6770 fax
martin.m.shoemaker@usdoj.gov
Attorneys for United States of America



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 20 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Petitioner,

      v.

KENNETH D. SISCO,

                Respondent.

Case No.

## SACV10-01248 CJC (CWx)

[PROPOSED]

## ORDER TO SHOW CAUSE

Upon the Petition to Enforce Internal Revenue Service Summons,
supporting Memorandum of Points and Authorities, and supporting Declaration to
the Petition, the Court finds that Petitioner has established its *prima facie* case for
judicial enforcement of the subject IRS summons. *See United States v. Powell*,
379 U.S. 48, 57-58 (1964); *Fortney v. United States*, 59 F.3d 117, 119-120 (9th
Cir. 1995) (the Government's *prima facie* case is typically made through the
declaration of the IRS agent who issued the summons).

-1-

1     Therefore, IT IS ORDERED that respondent Kenneth D. Sisco appear

2   before this District Court of the United States for the Central District of California,

3   in Courtroom No. _9B_,

4   ☐   United States Courthouse, 312 North Spring Street, Los Angeles, California

5         90012.

6   ☐   Roybal Federal Building, 255 E. Temple Street, Los Angeles, California

7         90012.

8   ☑   Ronald Reagan Federal Building and United States Courthouse, 411 West

9         Fourth Street, Santa Ana, California 92701.

10  ☐   Brown Federal Building and United States Courthouse, 3470 Twelfth Street,

11        Riverside, California 92501.

12  on _September 20_, 2010, at _1:30 p_.m., and show cause why the

13  testimony and production of books, records, papers and other data demanded in

14  the subject IRS summons should not be compelled.

15        IT IS FURTHER ORDERED that copies of this Order, the Petition,

16  Memorandum of Points and Authorities and accompanying Declaration be served

17  promptly upon Respondent by any employee or agent of the Internal Revenue

18  Service or the U.S. Department of Justice, by personal delivery or by certified

19  mail.

20        IT IS FURTHER ORDERED that within ten (10) days after service upon

21  Respondent of the herein described documents, Respondent shall file and serve a

22  written response, supported by appropriate sworn statements, as well as any

23  desired motions.  If, prior to the return date of this Order, Respondent files a

24  response with the Court stating that he does not desire to oppose the relief sought

25  in the Petition, nor wish to make an appearance, then Respondent's appearance at

26  any hearing pursuant to this Order to Show Cause is excused, and Respondent

27  shall be deemed to have complied with the legal requirements of this Order.

28

-2-

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court.  All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.  The Petitioner shall have ten (10) days from the service date of Respondent's response to file a reply.

Dated:  8/20/10

UNITED STATES DISTRICT JUDGE

-3-